SBP:15256/mf

**PIEKARSKY & ASSOCIATES, LLC**
191 Godwin Avenue – Suite 9
Wyckoff, New Jersey 07481
Telephone Number (201) 560-5000
Telecopier Number (201) 560-1440
Attorneys for Creditors/Interested Parties,
**Stonebridge at Wayne Homeowners' Association, Inc.**
By: Mark R. Faro, Esq.

| | | |
|---|---|---|
| In Re: | : | UNITED STATES BANKRUPTCY COURT |
| | : | FOR THE DISTRICT OF NEW JERSEY |
| **Karen Barel** | : | NEWARK VICINAGE |
| | : | |
| Debtor(s). | : | Chapter 13 |
| | : | |
| | : | Case No. 15-28409-VFP |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES**

The undersigned represents the above-mentioned creditors herein, and hereby notices his appearance pursuant to the Federal Rule of Bankruptcy Procedure 9010, and requests service of all notices pursuant to Federal Rule of Bankruptcy Procedure 2002.

Please serve all notices, regardless of for, on:

**PIEKARSKY & ASSOCIATES, LLC
191 Godwin Avenue
Wyckoff, New Jersey 07481
Telephone Number (201) 560-5000**

Nothing herein shall relieve the debtor or any party from service required by due process of law, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and/or the local rules of practice. This demand requires an additional notice and does not alleviate responsibility of any notice previously required and/or served.

        **PIEKARSKY & ASSOCIATES, LLC**
        Attorneys for Creditors/Interested Parties
        **Stonebridge at Wayne Homeowners'
        Association, Inc.**

        By: /s/ Mark R. Faro
            Mark R. Faro, Esq.

Dated: October 1, 2015