Form 182 – ntchrgpay

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−28409−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Karen Barel
    7 Lakeview Drive
    Heritage Lakes
    Hamburg, NJ 07419

Social Security No.:
    xxx−xx−9410

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY AND NOTICE OF HEARING THEREON

Please take notice that a hearing for:

    DISMISSAL FOR FAILURE TO PAY BALANCE OF FILING FEE

will be held on:        October 20, 2015        10:00 AM

at: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

To consider and act upon the unpaid balance of the
filing fee in the amount of:

$310.00

If the balance of the filing fee is not paid immediately, the case [ 15−28409−VFP ] will be dismissed. The Clerk's Office will only accept money orders, certified checks and corporate checks in payment of fees. No personal checks or cash.

Dated: October 1, 2015
JJW: mlc

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Karen Barel  
    Debtor

Case No. 15-28409-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: mcumming    Page 1 of 1    Date Rcvd: Oct 01, 2015  
                     Form ID: 182    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2015.  
db        Karen Barel,   7 Lakeview Drive,   Heritage Lakes,   Hamburg, NJ   07419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2015 at the address(es) listed below:  
        Marie-Ann  Greenberg    magecf@magtrustee.com  
        Scott J. Goldstein    on behalf of Debtor Karen  Barel sjg@sgoldsteinlaw.com, cmecf.sgoldsteinlaw@gmail.com  
                                                                                       TOTAL: 2