| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> 177130 <br> PHELAN HALLINAN DIAMOND & JONES, PC <br> 400 Fellowship Road, Suite 100 <br> Mt. Laurel, NJ 08054 <br> 856-813-5500 <br> Attorneys for DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC | |
| In Re: <br><br> KAREN BAREL | Case No:  15-28409 - VFP <br><br> Judge:  Vincent F. Papalia <br><br> Chapter:  13 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC</u> with regards to its mortgage.  Said Mortgage was recorded on March 22, 2006, Book M7362, Page 281 on the real property, located at 114 WARBLER DRIVE, WAYNE, NJ 07470-8471 in the above captioned bankruptcy matter.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: November 10, 2015        /s/ John Schneider
John Schneider, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 7367
Fax: 856-813-5501
Email: john.schneider@phelanhallinan.com